| PROB 22 (Rev. 2/88) | CLERK'S OFFICE U.S. DIST. COURT AT DANVILLE, VA FILED SEP 19 2005 JOHN F. CORCORAN, CLERK BY: HMcDonald DEPUTY CLERK | DOCKET NUMBER *(Tran. Court)* 4:01CR70076-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Michael Derrick Booth | DISTRICT WESTERN DISTRICT OF VIRGINIA | DIVISION Danville |
| | NAME OF SENTENCING JUDGE Honorable Jackson L. Kiser Senior U. S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-21-04  TO 5-20-07 |

| OFFENSE |
|---|
| Conspiracy to Utter Counterfeit Currency - 18:371 |
| Possession of Counterfeit Currency with Intent to Defraud - 18:472 |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-1-05
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of North Carolina

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept. 14, 2005
Effective Date

*[signature]*
United States District Judge